1831.

RANKIN
v.
REFORMED
PROTESTANT
DUTCH
CHURCH.

RANKIN *vs.* The MINISTER, ELDERS and DEACONS of the RE-
FORMED PROTESTANT DUTCH CHURCH in ORCHARD-STREET
in the CITY of NEW-YORK, WOODRUFF, BARNES and WES-
TERFIELD.

Where a first mortgagee files a bill of foreclosure, and after a decree, but before
a sale, the mortgagor pays the interest due and costs, the after-mortgagees
cannot have the benefit of the decree, except by filing a supplemental bill.

*June* 13,
1831.

*Practice.
Working a
decree.
First and se-
cond mortga-
geee.*

The complainant had filed a bill of foreclosure and sale as a
first mortgagee against the defendants the Ministers, Elders
and Deacons of the Reformed Protestant Dutch Church in Or-
chard-street in the city of New-York, on account of the inter-
est being in arrear. In this bill, the other defendants were
made parties, as holding subsequent mortgages. The usual
decree for sale was obtained ; but the mortgagors had paid to
the complainant the interest which was due, with the costs, and
a sale was stayed.

The defendants, Woodruff, Barnes and Westerfield, in a peti-
tion, showed their mortgages were due, and prayed that an
account might be taken, by a proper reference, of what was
due as well to the complainant Rankin as to the petitioners ;
also for an enforcement of the decretal order ; and that the
mortgaged premises might be sold under the same, and out of
the residue of monies arising from such sale (after paying the com-
plainant) the petitioners might be paid what, on such account-
ing, should be found due and owing to them with costs ; and,
for further relief.

Mr. *Murray Hoffman,* for the petitioners.

Mr. *W. Slosson,* for the minister, &c.

The VICE-CHANCELLOR.   It is not safe to proceed on this pe-
tition.   The law suspends the decree in this case until a fur-

ther default (2 R. S. 192. 193.)   But the defendants who now petition are not without their remedy.   They may file a supplemental bill, setting forth the original bill and the decree, and pray for permission to move the latter, and be paid after the first mortgagee is satisfied his amount and costs.   Thus, they may connect their proceeding with the original bill, without danger from an objection that another suit is pending in relation to the same matter.

Application refused, without costs; but the petitioners have leave to file a supplemental bill.